IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN L. MILLER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 20-3054 |

ORDER

AND NOW, this 23rd day of September 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

                                                                               Kate Barkman
                                                                               Clerk of Court

                                          By:     s/ Joseph Walton
                                                                            *Deputy Clerk*

Civ. 2 41.1(b) (3/18)